IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ALVIN LAVON MOORE,

    Petitioner,

vs.

R. L. JAMES, Community Corrections Manager, and R. E. HOLT, Regional Director,

    Respondents.

CIVIL ACTION NO.: CV206-116

## ORDER

Petitioner has filed Request to the Clerk for Entry of Default, Notice and Motion to Foreclose Costs, Damages and Interest, and Notice of Application for Taxation of Costs in this action for habeas corpus relief. He asserts that Respondents failed to timely respond to his petition. A review of the Clerk's docket shows that the U.S. Attorney for the Southern District of Georgia was served on June 19, 2006, and that a timely response to the petition was filed on June 30, 2006. Accordingly, Petitioner's Request to the Clerk for Entry of Default, Notice and Motion to Foreclose Costs, Damages and Interest, and Notice of Application for Taxation of Costs are **DENIED**.

    **SO ORDERED**, this 6th day of July, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)