IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ALVIN LAVON MOORE,

    Petitioner,

vs.

R. L. JAMES, Community Corrections Manager, and R. E. HOLT, Regional Director,

    Respondents.

CIVIL ACTION NO.: CV206-116

## ORDER

Petitioner has filed another "Motion and Notice of Motion to Add Permissive Defendant" in this action for habeas relief. In the instant motion, Petitioner seeks to add U. S. Magistrate Judge James E. Graham as a "defendant" and he seeks to recover money damages for Petitioner's "custody at the 'wrong' place of imprisonment." A response has been filed to the motion. Petitioner's motion is frivolous, inappropriate in a habeas action, and totally without merit. Said motion is **DENIED**.

SO ORDERED, this 10th day of August, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)