IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ALVIN LAVON MOORE,

    Petitioner,

vs.

R. L. JAMES, Community Corrections Manager, and R. E. HOLT, Regional Director,

    Respondents.

CIVIL ACTION NO.: CV206-116

## ORDER

Petitioner has filed a motion asking that the "Surrebuttal to Counsel for Respondents' Opposition Motions to Plaintiff's Motion to Strike Return and for Rule 11 Sanctions" be construed as an "Omnibus Motion for Rule 59(e) Relief under FED. R. CIV. P." This motion is a duplication of a previous motion filed by Petitioner, and that issue has been resolved by the Court. Petitioner's instant motion is **DISMISSED** as moot.

**SO ORDERED**, this 10th day of August, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)