

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ALVIN LAVON MOORE,

    Petitioner,

vs.

R. L. JAMES, Community Corrections Manager, and R. E. HOLT, Regional Director,

    Respondents.

CIVIL ACTION NO.: CV206-116

## ORDER

Petitioner filed a pleading titled "Plaintiff's Rule 59(e) Motion under Fed. R. Civ. P. In Opposition to Magistrate Judge's Order Denying Motion to Add Permissive Defendant/Plaintiff's Motion for Conversion of Provisional and Final Remedies Stage of Case to Action at Law, Suit in Equity, or Other Proceeding for Redress Pursuant to 42 U.S.C. § 1983." Petitioner filed this action as a petition for relief pursuant to 28 U.S.C. § 2241. He sought to add an Assistant United States Attorney as a "permissive defendant." As the proper respondent in a § 2241 action is the warden of the facility wherein Petitioner is incarcerated, the Court denied Petitioner's motion by Order dated July 26, 2006. It appears Petitioner seeks reconsideration of that Order and to convert this action to an action filed pursuant to 42 U.S.C. § 1983. Petitioner's motions are without merit and they are **DENIED**. The Order dated July 26, 2006 shall remain the Order of the Court. This matter will be considered in the normal course of business of the Court.

**SO ORDERED**, this 31st day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)