**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP 18  A 10: 04

CLERK _____
SO. DIST. OF GA.

ALVIN LAVON MOORE,

      Petitioner,

      vs.

R. L. JAMES, Community Corrections
Manager, and R. E. HOLT, Regional
Director,

      Respondents.

CIVIL ACTION NO.: CV206-116

## ORDER

      Petitioner has filed an Objection to the Magistrate Judge's Order dated August 31, 2006. That Order denied Petitioner's "Rule 59(e) Motion under Fed. R. Civ. P. In Opposition to Magistrate Judge's Order Denying Motion to Add Permissive Defendant . . .." The Federal Respondents have filed a response. Petitioner's Objection is **OVERRULED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

      **SO ORDERED**, this ____ day of ____ Sept. ____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)