**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 13  A II: 37

CLERK _J. La Victoire_
OF GA.

ALVIN LAVON MOORE,                    :

        Petitioner,                   :

        vs.                           :         CIVIL ACTION NO.: CV206-116

R. L. JAMES, Community Corrections    :
Manager, and R. E. HOLT, Regional     :
Director,                             :

        Respondents.                  :

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. <u>Nettles v. Wainwright</u>, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the _31st_ day of _October_, 2006.

**SO ORDERED**, this _13_ day of October, 2006.

_JAMES E. GRAHAM_
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)